# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,

    Plaintiff,

v.

BRITTANEY ROBERTSON, et al.,

    Defendants.

Case No. 2:23-cv-01484-JCM-NJK

**Order**

    This case was initiated in this Court on diversity grounds. *See* Docket No. 1.

    To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiff's certificate of interested parties fails to identify citizenship attributed to it. *See* Docket No. 2.

    Accordingly, Plaintiff must file an amended certificate of interested parties by October 11, 2023, fully identifying the citizenship of every individual and entity attributed to it.

    IT IS SO ORDERED.

    Dated: October 4, 2023

                                                    Nancy J. Koppe
                                                   United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1