JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
ALI R. IQBAL, ESQ.
Nevada Bar No. 15056
**PYATT SILVESTRI**
7670 W Lake Mead Blvd.
Suite 250
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
aiqbal@pyattsilvestri.com
Attorneys for Plaintiff,
*AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY CO., a Missouri Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRITTANEY ROBERTSON, WESLEY ROBERTSON; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.:  2:23-cv-01484-JCM-EJY<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITIONS TO DISPOSITIVE MOTIONS** |

COMES NOW, Plaintiff, AMERICAN NATIONAL PROPERTY AND CASUALTY CO, by and through its attorneys of record, JAMES P.C. SILVESTRI, ESQ. and ALI R. IQBAL, ESQ., of the law firm of PYATT SILVESTRI, and Defendants, BRITTANEY ROBERTSON and WESLEY ROBERTSONS by and through their attorney, LISA RASMUSSEN, ESQ., of the law firm MCLETCHIE LAW hereby stipulate and agree that the time for Plaintiff to file their Opposition to Defendants' Motion to Dismiss (Document #29) shall be extended as set forth herein. Additionally, the parties hereby stipulate and agree that the time for Defendants to file their opposition to Plaintiff's Motion for Summary Judgment (Document #30) shall be extended as set forth herein.

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Suite 250
Las Vegas, Nevada 89128
(702) 383-6000

1

**REASONS FOR EXTENSION**

Plaintiff requires additional time to formulate their opposition to Defendant's Motion to Dismiss due to a calendaring mistake. As such, Defendants will grant a two-week extension for Plaintiff to file an opposition thereto. The original due date for the Opposition was January 22, 2026, which by stipulation of the parties will be extended to **February 5, 2026**.

Moreover, Plaintiff similarly grant a two-week extension to Defendants to file their opposition to Plaintiff's Motion for Summary Judgment (Document #30), which was originally due on January 29, 2026, and will now be due on **February 12, 2026,** by stipulation of the parties.

These stipulations are made in good faith and not for the purposes of delay.

. . .

. . .

. . .

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Suite 250
Las Vegas, Nevada 89128
(702) 383-6000

2

This is the first extension of time requested for filing oppositions to the Motion to Dismiss (#29) and Motion for Summary Judgment (#30).

RESPECTFULLY SUBMITTED this 27th day of January, 2026.

**PYATT SILVESTRI**

/s/ *Ali R. Iqbal*
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
ALI R. IQBAL, ESQ.
Nevada Bar No. 15056
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Attorneys for Plaintiff,
*ANPAC*

**MCLETCHIE LAW**

/s/ *Lisa Rasmussen*
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
602 S Tenth Street
Las Vegas, NV 89101
Attorney for
*BRITTANEY AND WESLEY ROBERTSON*

**ORDER**

IT IS SO ORDERED

DATED January 30, 2026.

_____
UNITED STATES DISTRICT JUDGE

**Pyatt Silvestri**
7670 W. Lake Mead Blvd.
Suite 250
Las Vegas, Nevada 89128
(702) 383-6000

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of **PYATT SILVESTRI** and that, on the 27th day of January, 2026, I caused to be served via the Court's CM/ECF service system, a true and correct copy of the above and foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITIONS TO DISPOSITIVE MOTIONS** to the following:

LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491s
**MCLETCHIE LAW**
602 S Tenth Street
Las Vegas, NV 89101
Lisa@lvlitigation.com
efile@nvlitigation.com
Attorney for Defendants
BRITTANEY AND WESLEY ROBERTSON

MATTHEW H. FRIEDMAN, ESQ.
Nevada Bar No. 11571
CHRISTOPHER B. PHILLIPS, ESQ.
**FORD & FRIEDMAN**
Nevada Bar No. 14600
2200 Paseo Verde Parkway, Suite 350
Henderson, NV 89052
mfriedman@fordfriedmanlaw.com
cphillips@fordfriedmanlaw.com
Attorneys for Defendant
Fraser Inouye

/s/ *Jennifer Garcia*
An employee of **PYATT SILVESTRI**

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Suite 250
Las Vegas, Nevada 89128
(702) 383-6000

4