LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: lisa@nvlitigation.com
*Attorneys for Defendants Wesley*
*and Brittaney Robertson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, | Case No.: 2:23-cv-01484-JCM-EJY |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| WESLEY and BRITTANEY ROBERTSON, | |
| Defendants. | |

COME NOW the Defendants, Wesley and Brittaney Robertson, by and through their counsel, Lisa A. Rasmussen of McLetchie Law, and Plaintiff, American National Property and Casualty Company, by and through its counsel, Ali R. Iqbal of Pyatt Silvestri, and hereby stipulate as follows:

1.    Plaintiff filed its Motion for Summary Judgment on January 8, 2026. ECF 30.

2.    The parties filed a prior stipulation extending Plaintiff's deadline to respond to a motion to dismiss and in turn Defendants' deadline to respond to the

1

Motion for Summary Judgment until today's date, February 12, 2026.  ECF 31. That stipulation was granted.  ECF 32.

3.    Defendants have requested an additional five days, until Tuesday, February 17, 2026 to file their Response to Plaintiff's Motion for Summary Judgment due to unexpected and emergency litigation that Ms. Rasmussen was required to undertake this week in *United States v. Lanier*, 2:19-cr-327 RFB.

4.    Plaintiff has no opposition to this request.

5.    This request is not made for the purpose of delay and is made in good faith.

Accordingly, the parties stipulate that Defendants should be permitted to file their Response to Plaintiff's Motion for Summary Judgment on or before February 17, 2026.

Dated:  February 12, 2026.

**MCLETCHIE LAW,**                              **PYATT SILVESTRI,**

/s/ *Lisa A. Rasmussen*                         /s/ *Ali R. Iqbal*
LISA A. RASMUSSEN, ESQ.              ALI R. IQBAL, ESQ.
Nevada Bar No. 7491                          Nevada Bar No. 15056
*Attorneys for Defendants*                  *Attorneys for Plaintiff American National*
*Wesley and Brittaney Robertson*      *Property and Casualty Insurance*

**ORDER**

IT IS SO ORDERED.

Dated: February 17, 2026

_____
The Honorable James C. Mahan
United States District Judge

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I served a copy of the foregoing STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT, via CM/ECF upon all persons registered for service via CM/ECF, as required by local rule, on this 12TH day of February, 2026.

/s/ Lisa A. Rasmussen
An Employee of McLetchie Law